UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

CRIMINAL MINUTES - GENERAL

Case No.    21-MJ-4983            Date  October 29, 2021

Title    United States v. Bayron Eberto Garcia Perez

Present: The Honorable   Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**    ORDER OF DETENTION [18 U.S.C. § 3142(i)]

The Court conducted a detention hearing on:

☒ The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving: drug offense with 10+ year maximum

☐ The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving:

☒ The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2-3)].

☒ The Court finds that the defendant ☐ has ☒ has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

* * *

The Court finds that no condition or combination of conditions will reasonably assure:
☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).
☐ the safety of any person or the community (as proven by clear and convincing evidence).